UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANG MING (AMERICA) CORP.,

                Plaintiff,

– against –

BED BATH & BEYOND, INC.,

                Defendant.

**ORDER**

23 Civ. 3335 (ER)

Ramos, D.J.:

    On April 23, 2023, counsel for Defendant Bed Bath & Beyond, Inc. informed the Court that Bed Bath & Beyond had filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of New Jersey. Doc. 8. Pursuant to Section 362(a) of the Bankruptcy Code, the filing of the petition gives rise to an automatic stay of "the commencement or continuation . . . of a judicial . . . action." 11 U.S.C.A. § 362. Accordingly, the Clerk of the Court is respectfully directed to stay this matter. Counsel for Bed Bath & Beyond is further directed to advise the Court within 48 hours of the resolution of the bankruptcy.

SO ORDERED.

Dated:    June 13, 2023
           New York, New York

                                                              Edgardo Ramos, U.S.D.J.