UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANG MING (AMERICA) CORP.,

               Plaintiff,

– against –

BED BATH & BEYOND, INC.,

               Defendant.

**ORDER**

23-cv-3335 (ER)

Ramos, D.J.:

      This Court issued an order staying this case during the pending of Bed Bath & Beyond's bankruptcy proceedings on June 13, 2023 and also directed the parties to inform the Court within 48 hours of the completion of Bed Bath & Beyond's bankruptcy proceedings.  Doc. 9.  Since then, there has been no activity in this case.  The parties are directed to submit a status letter by October 15, 2025, including whether this case can be closed.

      SO ORDERED.

Dated:   October 9, 2025
            New York, New York

                                                     EDGARDO RAMOS, U.S.D.J.