

Matthew J. Reynolds • 646.872.9353 • reynolds@huthreynolds.com • 1730 Brightwalton Court, Midlothian VA 23112

October 15, 2025

*Via ECF*

Chambers of Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

      Re:    *Yang Ming (America) Corp. v. Bed Bath & Beyond Inc.*, Civil Action No. 1:23-cv-03335-ER:  Letter re Status of Bankruptcy Proceedings

Dear Judge Ramos:

    I write on behalf of Defendant 20230930-DK-Butterfly-1, Inc., formerly known as Bed Bath & Beyond Inc. ("BBBY"), with the knowledge of counsel for Plaintiff Yang Ming (America) Corp. ("Yang Ming"), in response to this Court's October 9, 2025 Order, ECF No. 10.

    BBBY's chapter 11 proceedings, Case No. 23-13359 (VFP), before the U.S. Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), are in the post-confirmation stage but have not been dismissed, and, as of the Petition Date, all matters involving BBBY were automatically stayed by operation of 11 U.S. Code Section 362.  BBBY filed its plan of reorganization and disclosure statement on July 20, 2023, which were respectively confirmed and approved by the Bankruptcy Court on September 14, 2023.  On September 29, 2023, the effective date of BBBY's plan of reorganization occurred and the plan of reorganization was consummated.  For clarity, the Bankruptcy Court's order confirming BBBY's plan of reorganization permanently enjoins "continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to" the claims in this action "through and until the date upon which all remaining property of the Debtors' Estates vested in the Wind-Down Debtors has been liquidated and distributed in accordance with the terms of the Plan".  *In re: Bed Bath & Beyond Inc.*, No. 23-13359-VFP, ECF No. 2172 ¶ 114 (Bankr. D.N.J. Sept. 14, 2023).  BBBY responds to this request as a matter of respect to the Court, having been requested to provide such update, but such response in no way constitutes a waiver, modification, or loss, nor shall it be deemed to be a waiver, modification, or loss, of the application of the automatic stay or the aforementioned injunction to BBBY, which shall remain in place until such time as (i) BBBY's property has been completely transferred pursuant to consummation of the bankruptcy plan such that there is no longer any property of the estate, as provided in 11 U.S. Code Section 362(c)(1), or (ii) the Bankruptcy Case is closed, dismissed, or a discharge is granted or denied, as provided in 11 U.S. Code Section 362(c)(2).



Page 2
October 15, 2025
Civil Action No. 1:23-cv-03335-ER (S.D.N.Y.)

        Respectfully submitted,

        HUTH REYNOLDS LLP

        S/ Matthew J. Reynolds
        Matthew J. Reynolds (MR 5740)
        1730 Brightwalton Court
        Midlothian, VA 23112
        (646) 872-9353
        reynolds@huthreynolds.com

        *Counsel for Defendant 20230930-DK-Butterfly-1, Inc., formerly known as Bed Bath & Beyond Inc.*